UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACKSONVILLE URBAN LEAGUE, INC., | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Case No. 16-435 (RJL) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) | **FILED** |
| Respondent. | ) ) | FEB 0 6 2018 |

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

ORDER
(February 5, 2018)

On March 3, 2016, petitioner's action was transferred to this Court from our Circuit Court. *See Jacksonville Urban League, Inc. v. U.S. Dep't Health & Human Svcs.*, No. 14-1086 (D.C. Cir. Feb. 20, 2015) [Dkt. # 1]. The next day, the Clerk of the Court notified the parties of the transfer and directed counsel for all parties to enter appearances. *See* Notice of Transfer [Dkt. # 2]. Neither petitioner's nor respondent's counsel did so. As of October 12, 2017, there had been no further activity in the case. The Court accordingly ordered petitioner to show cause in writing why the action should not be dismissed for failure to prosecute pursuant to Local Rule 83.23. *See* 10/11/2017 Order [Dkt. # 3].

Counsel for petitioner responded a few weeks later. *See* Pl.'s Resp. to Court's Order [Dkt. # 5]. In his response, for which leave to file was granted on November 21, 2017, counsel stated that he had not received a copy of the March 4, 2016 clerk's notice that the case had been transferred. *Id.* at 1. He requested that the Court discharge the order to show

cause and "allow an additional 60 days for the parties to enter appearances." *Id.* at 2. On December 28, 2017, the Court granted counsel's request for additional time to enter an appearance. *See* 12/28/2017 Minute Entry. The Court instructed that counsel for plaintiff "shall enter an appearance on or before January 22, 2018" and warned that "[f]ailure to do so may result in dismissal for failure to prosecute pursuant to Local Civil Rule 83.23." *Id.*

Despite the Court's admonition, and with almost two years having passed since the case was transferred to this Court from our Circuit, counsel for plaintiff has still yet to enter an appearance in the case. Accordingly, upon due consideration of the entire record herein, it is hereby

**ORDERED** that petitioner's action be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Local Civil Rule 83.23.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge